# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS )<br>516 Alto Street )<br>Santa Fe, New Mexico 87501 )<br>       )<br>     Plaintiff, )<br>       )<br>v.      )<br>       )<br>ANIMAL AND PLANT HEALTH )<br>INSPECTION SERVICE )<br>4700 River Road )<br>Riverdale, MD 20737 )<br>       )<br>     Defendant. ) | Case No. 1:18-cv-0056 |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### INTRODUCTION

1. Defendant United States Department of Agriculture, Animal and Plant Health Inspection Service ("APHIS") has wrongfully withheld records responsive to a request made by Plaintiff WildEarth Guardians ("Guardians") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*

2. Guardians requested records relating to APHIS Wildlife Services' ("WS") January 17, 2017, Decision Notice and Finding of No Significant Impact ("FONSI") for the Environmental Assessment ("EA") for conducting predator damage management in Colorado (the "Colorado-WS EA" request). The requested documents underlie a decision by WS that effectively allows it to kill thousands of Colorado's wild animals, which are cherished by Guardians' members. The animals affected by the decision include black bears, mountain lions, coyotes, foxes, and other native species. WS will use cruel

techniques to kill the animals, including poisons, gunning from airplanes and helicopters, and indiscriminate traps.

3. Contrary to FOIA, the APHIS failed to make a determination on Guardians' FOIA request within the time limits required by the statute and failed to produce any of the records sought. Guardians requests an order declaring that the APHIS has violated FOIA, directing the APHIS to make a determination on Guardians' FOIA request, and compelling the APHIS to immediately provide Guardians with the records it has requested by a date certain.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1361 (action to compel an officer of the United States to perform his duty).

5. This Court has authority to grant declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201. This Court has authority to grant injunctive relief pursuant to 28 U.S.C. § 2202 and 5 U.S.C. § 552(a)(4)(B).

6. This Court has authority to award costs and attorney fees pursuant to 5 U.S.C. § 552(a)(4)(E).

7. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B).

## PARTIES

8. Plaintiff WildEarth Guardians ("Guardians") is a non-profit conservation organization dedicated to protecting and restoring the wildlife, wild places, wild rivers, and health of the American West. Guardians has offices in Colorado, Montana, New

Mexico, Arizona, Washington, and Oregon. With more than 183,000 members and supporters, Guardians works to protect the vast spectrum of native species and the naturally functioning ecosystems of which they are an essential part across the American West. The records sought in this action are requested in support of these efforts.

9. Guardians works in furtherance of its goals in part by acquiring information regarding federal programs and activities through FOIA. Guardians then compiles and analyzes that information and, subsequently, disseminates that information to its membership, the general public, and public officials through various sources including publications, reports, its website and newsletter, general news media coverage, and public presentations. Guardians' successful efforts at educating the public on issues concerning federal government programs and activities that affect the environment contribute significantly to the public's understanding of governmental operations and activities. Guardians also uses the information that it acquires through FOIA to participate in federal decision-making processes, to file administrative appeals and civil actions, and generally to ensure that federal agencies comply with federal environmental laws.

10. Guardians, its staff, or one or more of its members are directly injured by the APHIS's failure to comply with the statutory requirements of FOIA and a favorable outcome of this litigation will redress that injury. Guardians brings this action on behalf of itself, its staff, and its members.

11. Defendant United States Department of Agriculture, Animal and Plant Health Inspection Service ("APHIS") is an agency as defined by 5 U.S.C. § 552(f)(1). FOIA charges the APHIS with the duty to provide public access to records in its possession.

The APHIS has possession of the records sought by Guardians. The APHIS is denying Guardians access to its records in contravention of federal law.

## FACTUAL AND LEGAL BACKGROUND

12. FOIA requires federal agencies to "determine within 20 days . . . after the receipt of any [FOIA] request whether to comply with such request and . . . immediately notify the person making such request of . . . such determination and the reasons therefor[.]" 5 U.S.C. § 552(a)(6)(A)(i)(I).

13. On February 10, 2017, the Western Environmental Law Center ("WELC") submitted a FOIA request to the APHIS on behalf of Guardians. Guardians' FOIA request was for "a complete and accurate copy of the project file and/or administrative record for Wildlife Service's January 17, 2017 Decision Notice and Finding of No Significant Impact ('FONSI') for the Environmental Assessment ('EA') for conducting predator damage management in Colorado" (the "Colorado-WS EA" FOIA request).

14. On February 17, 2017, WELC received confirmation from the APHIS that the Agency had received Guardians' FOIA request on February 10, 2017, and that its request was being processed. The APHIS first assigned the number "2017-APHIS-02224-F" to the request, but later that day modified the tracking number to "2017-APHIS-02225-F." The APHIS asserted in its communications that the target response date for the request was March 13, 2017.

15. Having received no further communications from the APHIS related to Guardians' Colorado-WS EA FOIA request, on April 10, 2017, WELC sent an email to the APHIS FOIA Officer inquiring about the status of the request on behalf of Guardians.

16.     To date, APHIS has yet to respond to WELC's April 10, 2017 inquiry, submitted on behalf of Guardians.

17.     More than 229 days have passed since WELC submitted the February 10, 2017, Colorado-WS EA FOIA request to the APHIS on behalf of Guardians.

18.     To date, the APHIS has not communicated to Guardians the scope of the documents it intends to produce and withhold in response to Guardians' FOIA request or disclosed records responsive to its request.

19.     Guardians has fully exhausted its administrative remedies for its February 10, 2017, Colorado-WS EA FOIA request to the APHIS. Administrative remedies are deemed exhausted whenever an agency fails to comply with the applicable time limits of FOIA, as provided in 5 U.S.C. § 552(a)(6)(C)(i). Guardians now turns to this Court to enforce the remedies and public access to agency records guaranteed by FOIA.

## CLAIM FOR RELIEF

**Violation of FOIA – Failure to Make a Determination on Guardians' FOIA Request Within the Statutory Time Frame**

20.     Guardians incorporates all the allegations in this complaint by this reference.

21.     The APHIS has not communicated to Guardians the scope of the documents it intends to produce and withhold in response to the Colorado-WS EA FOIA request, or its reasons for withholding any documents, and has not disclosed to Guardians records responsive to the FOIA request.

22.     This failure to make a determination on Guardians' February 10, 2017, Colorado-WS EA FOIA request (number 2017-APHIS-02225-F) within the time frame required by FOIA is a constructive denial and wrongful withholding of the records Guardians requested in violation of FOIA, 5 U.S.C. § 552.

23.     Guardians is entitled to reasonable costs of litigation, including attorney fees, pursuant to FOIA, for the APHIS's violation of FOIA. 5 U.S.C. § 552(a)(4)(E).

## REQUEST FOR RELIEF

WHEREFORE, Guardians respectfully requests that this Court:

A.      Declare that the APHIS has violated FOIA by wrongfully withholding the records Guardians requested;

B.      Order the APHIS to make a determination on Guardians' FOIA request and to provide Guardians with all wrongfully withheld records;

C.      Maintain jurisdiction over this action until the APHIS complies with FOIA and every order of this Court;

D.      Award Guardians its costs and reasonable attorney fees incurred in prosecuting this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

E.      Grant such other and additional relief as the Court deems just and proper.

Respectfully submitted on the 10th day of January, 2018,

/s/ Kelly E. Nokes
Kelly E. Nokes (Bar No. MT0001)
WildEarth Guardians
P.O. Box 7516
Missoula, MT 59807
(406) 209-9545
knokes@wildearthguardians.org

/s/ Neil S. Kagan
Neil S. Kagan (Bar No. MI0078)
WildEarth Guardians
80 S.E. Madison Street, Ste. 210
Portland, OR 97214
(503) 828-7098
nkagan@wildearthguardians.org